UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THINK RUBIX, LLC, | No. 22-15960 |
| Plaintiff - Appellant, | |
| v. | D.C. No. 2:21-cv-00559-KJM-AC U.S. District Court for Eastern California, Sacramento |
| BE WOKE.VOTE; et al., | **ORDER** |
| Defendants - Appellees. | |

The court has been informed that the parties require additional time to file a motion or stipulation to dismiss this appeal. By February 17, 2023, appellant shall file either a motion or stipulation to dismiss this matter or shall contact the Circuit Mediator.

On or before January 24, 2023, counsel for appellant shall provide a status report by email to the Circuit Mediator (Jonathan_Westen@ca9.uscourts.gov). Counsel are requested to include the Ninth Circuit case name and number in the subject line. The status report should not be filed with the court.

FOR THE COURT:

Jonathan Westen
Circuit Mediator

vs/mediation